IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                             CASE NO. 1:07-cr-00013-MP-AK

RONALD W. CLAFFEY,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 60, Motion to Continue Sentencing Hearing, filed by Defendant Claffey. In the motion, Defendant states that counsel did not timely open the Email that Probation sent him that contained the PSR. Because of this, Defendant requests that his sentencing hearing, currently set for October 24, 2007, be continued. The Government does not object to Defendant's motion. Therefore, Defendant's motion is granted, and the sentencing hearing is hereby reset for Thursday, November 15, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this   *23rd* day of October, 2007

                                    *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge