IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00013-MP-AK

RONALD W. CLAFFEY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 65, Motion to Continue Sentencing Hearing, filed by Defendant Claffey. In the motion, Defendant states that counsel has a scheduling conflict which prevents him from attending the sentencing hearing. Because of this, Defendant requests that his sentencing hearing, currently set for November 15, 2007, be continued. The Government does not object to Defendant's motion. Therefore, Defendant's motion is granted, and the sentencing hearing is hereby reset for Wednesday, November 28, 2007, at 9:30 a.m.

    **DONE AND ORDERED** this   *6th* day of November, 2007

                   *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge